FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 3 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NO.01-15-00036-CV

| | | |
|---|---|---|
| Russell Ham,<br>TDCJ-ID#11044449 | * | IN THE FIRST DISTRICT |
| | * | COURT OF APPEALS |
| William Stephens,ET.AL | * | HOUSTON,TEXAS |
| | * | |

APPELLANT RUSSELL HAM'S MOTION TO EXTEND TIME

TO FILE MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW,Russell Ham,Appellant,Pro se in the above styled and referenced cause number and asks this Honorable Court to extend the filing due date until December 10,2015.Appellant will respectfully show this court the following:

I.

PROCEDURAL HISTORY

Appellant Ham,a prisoner confined within the walls of the Allan B.Polunsky Unit,Livingston,Texas.Appellant contends that his personal and religious proprty was unlawfully confiscated by Officer Sullivan.Appellant filed his state tort claim with the 411th District court,Polk County,Texas after exhausting the prison grievance procedure. TheDistrict Court dismissed appellant's claims without considering them. Appellee's brief asking the court to affirm the judgement of the trial court.

i

Appellant then filed areply brief.This Honorable First District Court of Appeals ruled on these briefs on October 15,2015, this Court affirm's the 411th District court's judgement.

ii.

THETexas Rules of Appellate Procedure Rule 10.5 hasno specific deadline to file a motion toextend time.

## III.
### ARGUMENTS AND AUTHORITIES

This Honorable Court has the authority to grant Appellant an extension of time under the Texas Rules of Appellate Procedure, see Rule 10.5(b),Motions to extend time. No extensions have been granted to file the motion for rehearing.

Appellant is only allowed to access the TDCJ's Polunsky Unit law library for 2hours a day Monday thru Friday. Appellant is a laymen and not a person skilled in the law. Furthermore, the Polunsky Unit law library does not provide current caselaw, Appellant must request caselaw from the Law Library Clerk and Appellant is only allowed to make 3 requests a day which is given to Appellant the following day if it is available.

This extension is not to delay,nor is it deiberate,but was the result of inadvertance,mistake,or mischance. Hone v.Hanafin, 104 s.w.3d 884,886(Tex.2003);see also Stangel v. Parker,945 S.W.2d 114,114(Tex.1997).

### PRAYER

For these reasons,Appellant Ham asks this Honorable Court to grant an extension of time to fileMotion For Rehearing until December 10,2015.

Respectfully submitted,

Russell Ham,Pro se
TDCJ-ID#1104449
Allan B.Polunsky Unit
3872 FM 350 South
Livingston,Texas 77351

3

## CERTIFICATE OF SERVICE

I,Russell Ham,TDCJ-ID#1104449,Appellant,Pro se certify that THE FOREGOING Motion to Extend Time to File Motion for Rehearing has been placed in the Allan B.Polunsky Unit's mailbox on October 30,2015,postage prepaid,first class mail addressed to the Court of Appeals,First District,301 Fannin,Houston,Texas 77002-2066. An additional copy has been transmitted to the following:

Briana Webb
Assistant Attorney General
P.O.Box 12548
Austin,Texas 78711

Russell Ham,Pro se
TDCJ-ID#1104449

RUSSELL HAM # 1104449
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

NOV - 3 2015

CHRIS
CLERK

October 30, 2015


Court of Appeals
Firt District
301 Fannin
Houston,Texas 77002-2066


Re:Russell Ham V. William Stephens
    No. 01-15-00036-CV


Dear Clerk:
 Enclosed please find (1) Original Copy of Appellant Russell
Ham's motion to Extend time to file motion for rehearing to
be filed with this Honorable Court. Please bring this motion
to the Court's attention. Also enclosed is Appellants copy
of Appellant Russell Ham's motion to extend time to file motion
for Rehearing. Please date stamp Appellant's copy and return
inthe s.a.s.e. to the above address. Thank you.
A true and correct copy has been mailed to the Appellee.
Respectfully sudmitted.



Russell Ham,Pro se


Encl:

NORTH HOUSTON TX 77
02 NOV 2015 PM 7 L

Donald Polk
104446
3872-FM3505.
Livingston TX 77351
Polensky

Legil

CourT of Appeals
First District
301 Fannin
Houston, Tx 7702-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 3 2015

CHRISTOPHER A. PRINE
CLERK

VK SPECSAC

77002206699